# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CRESSLER,<br><br>    Petitioner,<br><br>v.<br><br>BRANDON PRICE, Executive Director,<br><br>    Respondent. | Case No.: 1:19-cv-00364-LJO-JLT (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA<br><br>(Doc. 16) |

On July 25, 2019, Respondent filed an application to transfer the petition for writ of habeas corpus to the Central District of California. (Doc. 16.) Because venue is proper in the Central District of California, the Court will order the petition be transferred.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 USCS § 1391(b).

Petitioner is challenging his conviction and sentence from Ventura County, which is in the Central District of California. The Respondent contends that the matter should be transferred to the

Central District because "[i]t is in the Central District that all subject events took place, that all pertinent records are currently located, and that all critical witnesses currently reside." (Doc. 16 at 2-3.)  The Court finds that venue is proper in the Central District of California. In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district. <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, the Court ORDERS that this matter be transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: **July 28, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE